UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
NOV 14 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN RE: SONY GAMING NETWORKS AND CUSTOMER
DATA SECURITY BREACH LITIGATION

MDL No. 2258

## NOTICE OF WITHDRAWAL OF COUNSEL

Raymond W. Henney and Roger P. Meyers, attorneys at Honigman Miller Schwartz and Cohn LLP hereby notifies the Court that it is withdrawing from the representation of Sony Computer Entertainment America, Inc. in this matter and requests that no future ECF notifications be sent. The reason for its withdrawal is that the matter is no longer pending in the Eastern District of Michigan.

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Sony Computer Entertainment America, Inc.

_____
Raymond W. Henney (P35860)
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
Detroit, MI 48226
(313) 465-7410
rhenney@honigman.com

Dated: November 9, 2011

# CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2011, I mailed by United States Postal Service the paper(s) to the following non-ECF participants:

Douglas H. Meal
Ropes and Gray
One International Place
Boston, MA 02110

Irwin Levin
Cohen & Malad
136 N. Delaware Street, Suite 300
Indianapolis, IN 46206

Jennifer L. Crose
Becnel Law Firm, LLC
106 W. Seventh St
Reserve, LA 70084

Justin B. Farar
Kaplan Fox and Kilsheimer LLP
1801 Century Park East, Suite 1095
Los Angeles, CA 90067

Kenneth P. Trosclair
302 N. Market Street, Suite 510
Dallas, TX 75202

Kevin Lee Thomason
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105

Lara A. Oravec
Ropes and Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Mark Alan Milstein
Lincoln Gustafson and Cercos
225 Broadway, Suite 2000
San Diego, CA 92101-5018

Mark P. Szpak
Ropes and Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Paul J. Geller
Cauley Geller Bowman & Coates, LLP
One Boca Place, Suite 421A
2255 Glades Road
Boca Raton, FL 33431

Richard P. Batesky
Batesky Law Office
22 East Washington, Suite 610
Indianapolis, IN 46204

Scott W. Fisher
Garwin Bronzaft Gerstein & Fisher LLP
1501 Broadway, Suite 1416
New York, NY 10036

Ted Trief  
Trief & Olk  
150 East 58th Street, 34th Floor  
New York, NY 10155

Todd Goldberg  
Goldfarb Branham LLP  
2501 North Harwood, Suite 1801  
Dallas, TX 75201

Raymond W. Henney (P35860)  
Honigman Miller Schwartz and Cohn LLP  
2290 First National Building  
Detroit, MI 48226  
(313) 465-7410  
rhenney@honigman.com  
(P35860)

9949346.1

3