**FARUQI & FARUQI, LLP**
Vahn Alexander (167373)
David E. Bower (119546)
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email:   valexander@faruqilaw.com
         dbower@faruqilaw.com

*Attorneys for Plaintiffs Brian Toglia,
Randal Cory Walker and George Thompson*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SONY GAMING NETWORKS AND CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>ALL ACTIONS | Case Number 11-md-2258-AJB(MDD)<br><br>**CLASS ACTION**<br><br>**NOTICE OF WITHDRAWAL OF VAHN ALEXANDER AS COUNSEL FOR PLAINTIFFS AND NOTICE OF APPEARANCE OF DAVID E. BOWER AS COUNSEL FOR PLAINTIFFS**<br><br>Judge: Hon. Anthony J. Battaglia<br>Ctrm:  12 |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that as of June 11, 2012, Vahn Alexander will no longer be associated with the law firm of Faruqi & Faruqi, LLP, counsel for plaintiffs in the above captioned action. As such, Mr. Alexander should be removed from the e-filing service list in this matter. Further, this document serves as the Notice of Appearance of David E. Bower, counsel of record for plaintiffs in this action. Mr. Bower's contact information is listed below as follows:

**FARUQI & FARUQI, LLP**
David E. Bower (119546)
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: dbower@faruqilaw.com

Dated: June 7, 2012 **FARUQI & FARUQI, LLP**

By: */s/Vahn Alexander*
VAHN ALEXANDER (167373)

10866 Wilshire Boulevard
Suite 1470
Los Angeles, CA 90024
Tel: (424) 256-2884
Fax: (424) 256-2885
Email: valexander@faruqilaw.com

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on June 7, 2012, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system, which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the |
| 5 | foregoing document *via* the United States Postal Service to the non-CM/ECF participants indicated |
| 6 | on the Manual Notice List. |

June 7, 2012                              */s/ Vahn Alexander*
                                          Vahn Alexander

## Mailing Information for a Case 3:11-md-02258-AJB-MDD

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert R. Ahdoot**
  rahdoot@ahdootwolfson.com,ahdoot@mac.com

- **Vahn Alexander**
  valexander@faruqilaw.com,ecf@faruqilaw.com,ecfca@faruqilaw.com

- **Donald Chidi Amamgbo , Esq**
  donald@amamgbolaw.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com,kelli.good@andrusanderson.com

- **Mark F. Anderson**
  mark@aoblawyers.com

- **Gerald J. Asay**
  gasay@krachtlaw.com

- **Michael J Aschenbrener**
  mja@aschenbrenerlaw.com

- **William M Audet**
  waudet@audetlaw.com

- **Sara D. Avila**
  savila@maklawyers.com

- **Shujah Ahmad Awan**
  sawan@wdklaw.com

- **David E Azar**
  dazar@milberg.com,cchaffins@milberg.com,ckiyotoki@milberg.com

- **Muhammad Suleiman Aziz**
  maziz@abrahamwatkins.com

- **Ben Barnow**
  b.barnow@barnowlaw.com,e.schork@barnowlaw.com,s.harris@barnowlaw.com,b.strautins@barnowlaw.com

- **Nance Felice Becker**
  nance@chavezgertler.com

- **Daniel E. Becnel , Jr**
  dbecnel@becnellaw.com,schristina@becnellaw.com

- **Gayle M Blatt**
  gmb@cglaw.com,patti@cglaw.com,sleonard@cglaw.com

- **Timothy Gordon Blood**
  tblood@bholaw.com,efile@bholaw.com,proach@bholaw.com

- **William S Boggs**
  william.boggs@dlapiper.com,catherine.orth@dlapiper.com,bonnie.lott@dlapiper.com

- **Thomas Gourrier Bousquet**
  tgb@bousquetlaw.com

- **J. Kirk Boyd**
  kirkboyd@aol.com

- **Lara A. Bradt**
  lara.bradt@ropesgray.com

- **Douglas R Britton**
  DougB@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Scott A. Bursor**
  scott@bursor.com

- **Mark E Burton , Jr**
  general@hershlaw.com

- **GERALD H. CLARK**
  gclark@clarklawnj.com

- **Michael A. Caddell**
  mac@caddellchapman.com,vsh@caddellchapman.com,kek@caddellchapman.com,fdl@caddellchapman.com,csf@caddellchapman.com

- **Cynthia B Chapman**
  cbc@caddellchapman.com,szv@caddellchapman.com

- **Mark A Chavez**
  mark@chavezgertler.com,amanda@chavezgertler.com,jenna@chavezgertler.com,jennifer@chavezgertler.com

- **David Lishian Cheng**
  DCheng@InitiativeLegal.com

- **Brian Scott Cohen**
  brian@cohenlg.com

- **Josef D. Cooper**
  jdc@coopkirk.com,jdl@coopkirk.com

- **William T. Crowder**
  wcrowder@emersonpoynter.com,tanya@emersonpoynter.com

- **Sandra Watson Cuneo**
  scuneo@cuneolaw.com,gstutman@cuneolaw.com,ecf@cuneolaw.com,mmiller@cuneolaw.com

- **Curtis Brooks Cutter**
  bcutter@kcrlegal.com

- **Aaron Hillel Darsky**
  aarondarsky@msn.com

- **Stuart A. Davidson**
  sdavidson@rgrdlaw.com

- **Thad A. Davis**
  Thad.Davis@ropesgray.com,CourtAlert@Ropesgray.com,Mellany.Amon@ropesgray.com

- **Mark Jeffrey Dearman**
  mdearman@rgrdlaw.com

- **Michele Monique Desoer**
  mdesoer@wklawyers.com

- **Christopher L. Dore**
  cdore@edelson.com

- **William James Doyle , II**
  bill@doylelowther.com,john@doylelowther.com,kdavis@doylelowther.com

- **Jay Edelson**
  jedelson@edelson.com

- **Victor Santiago Elias**
  velias@cpmlegal.com,lclark@cpmlegal.com

- **John G. Emerson , Jr**
  jemerson@emersonpoynter.com

- **Joshua Caleb Ezrin**
  jezrin@audetlaw.com

- **Justin B Farar**
  jfarar@yahoo.com

- **Cory S. Fein**
  csf@caddellchapman.com

- **Nancy L Fineman**
  nfineman@cpmlegal.com

- **Lawrence Timothy Fisher**
  ltfisher@bursor.com,tfisher@sbtklaw.com

- **Scott W. Fisher**
  sfisher@garwingerstein.com,sroth@garwingerstein.com

- **Amanda Catherine Fitzsimmons**
  amanda.fitzsimmons@dlapiper.com,sue.walls@dlapiper.com

- **Linda M. Fong**
  lfong@kaplanfox.com

- **Scott E. Frazier**
  scottfrazier@krachtlaw.com

- **Seth R. Gassman**
  sgassman@labaton.com,hsalzman@labaton.com,electroniccasefiling@labaton.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com

- **Bruce E Gerstein**
  bgerstein@garwingerstein.com

- **Kenneth G. Gilman**
  kgilman@gilmanpastor.com,rpotkay@gilmanpastor.com

- **Lionel Z Glancy**
  lglancy@glancylaw.com,lboyarsky@glancylaw.com,info@glancylaw.com

- **Marc L. Godino**
  mgodino@glancylaw.com,info@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,rprongay@glancylaw.com

- **Robert B. Gordon**
  robert.gordon@ropesgray.com

- **Francis Michael Gregorek**
  gregorek@whafh.com

- **Stuart George Gross**
  sgross@gross-law.com

- **Jeffrey A. Hank**
  jah@consumerpractice.com

- **Lance A. Harke**
  lharke@harkeclasby.com

- **Daniel C. Hedlund**
  dhedlund@gustafsongluek.com,dgustafson@gustafsongluek.com

- **Robert R Henssler , Jr**
  BHENSSLER@RGRDLAW.COM

- **James D Hoey , III**
  hoey@hoeyfirm.com,covill@hoeyfirm.com

- **Craig Frank Holthaus**
  fholthaus@dphf-law.com,sborghardt@dphf-law.com

- **David M. Honigman**
  dhonigman@manteselaw.com

- **Christopher D. Jennings**
  cjennings@emersonpoynter.com,tanya@emersonpoynter.com,swilson@emersonpoynter.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,sdavidson@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Allan Kanner**
  a.kanner@kanner-law.com,c.whiteley@kanner-law.com,t.shuler@kanner-law.com

- **Shennan Kavanagh**
  kavanagh@kkcllp.com,mcgowan@kkcllp.com,charney@kkcllp.com

- **William Alter Kershaw**
  wkershaw@kcrlegal.com

- **Laurence D King**
  lking@kaplanfox.com,kweiland@kaplanfox.com

- **Gary Klein**
  klein@kkcllp.com,charney@kkcllp.com

- **Seth Michael Lehrman**
  seth@pathtojustice.com

- **Adam J. Levitt**
  levitt@whafh.com

- **Lester L. Levy**
  llevy@wolfpopper.com,rplosky@wolfpopper.com

- **Gregory Bradley Linkh**
  glinkh@murrayfrank.com

- **Devon M. Lyon**
  d.lyon@ridoutlyonlaw.com

- **Mark A Maasch**
  mam@tmsdlaw.com,mam3140@aim.com

- **Betsy Carol Manifold**
  manifold@whafh.com

- **Jonas Palmer Mann**
  jmann@audetlaw.com

- **Caleb L H Marker**
  c.marker@ridoutlyonlaw.com

- **Thomas D. Mauriello**
  tomm@maurlaw.com

- **Theodore Walter Maya**
  tmaya@ahdootwolfson.com

- **Patrick Hugh Moran**
  moran@whafh.com,patrickhmoran@gmail.com

- **Matthew B. Moreland**
  mattmoreland@cox.net

- **Brian Philip Murray**
  bmurray@murrayfrank.com

- **Nabil Majed Nachawati , II**
  mn@fnlawfirm.com

- **Cullin Avram O'Brien**
  cobrien@rgrdlaw.com

- **Thomas Joseph O'Reardon , II**
  toreardon@bholaw.com,efile@bholaw.com

- **Karin Pagnanelli**
  kgp@msk.com,sgd@msk.com

- **David I. Pankin**
  DPankin@pankinlaw.com

- **John R. Parker , Jr**
  jparker@kcrlegal.com

- **David Pastor**
  dpastor@gilmanpastor.com

- **Peter S. Pearlman**
  PSP@njlawfirm.com,gv@njlawfirm.com

- **Scott E. Poynter**
  scott@emersonpoynter.com

- **Richard Alan Proaps**
  rproaps@aol.com,blopatin@gmail.com

- **Michael F. Ram**
  mram@rocklawcal.com

- **Mark S. Reich**
  mreich@csgrr.com

- **Sean Patrick Reis**
  sreis@edelson.com,sreis@reisfirm.com

- **Rachele R Rickert**
  rickert@whafh.com

- **Christopher Paul Ridout**
  c.ridout@ridoutlyonlaw.com,dam@hermangerel.com,j.saunders@ridoutlyonlaw.com,m.acedo@ridoutlyonlaw.com,ahirsch@hermangerel.com,r

- **Ira Perry Rothken**
  ndca@techfirm.com,jared@techfirm.net

- **Samuel H Rudman**
  srudman@csgrr.com

- **Miriam L. Schimmel**
  MSchimmel@InitiativeLegal.com

- **Mark Schlachet**
  mschlachet@gmail.com,mschlachet@me.com

- **Patrick J. Sheehan**
  ecf@wdklaw.com,psheehan@wdklaw.com

- **Robert K. Shelquist**
  rkshelquist@locklaw.com

- **Richard E. Shevitz**
  rshevitz@cohenandmalad.com

- **Joseph J. Siprut**
  jsiprut@siprut.com

- **Brian W. Smith**
  bws@smithvanture.com

- **Jared Robinson Smith**
  jared@techfirm.net

- **Andrew Joseph Sokolowski**
  asokolowski@initiativelegal.com,jcarlon@initiativelegal.com

- **Brian Russell Strange**
  lacounsel@earthlink.net,gcarpenter@strangeandcarpenter.com,jhood@strangeandcarpenter.com,jkristensen@strangeandcarpenter.com,cdevericl

- **Edward P Swan , JR**
  pswan@jonesday.com,dpippin@jonesday.com

- **Mark P. Szpak**
  Mark.Szpak@ropesgray.com,courtalert@ropesgray.com

- **Stuart C Talley**
  stalley@kcrlegal.com,landerson@kcrlegal.com,jparker@kcrlegal.com,dsmith@kcrlegal.com

- **Daniel Roman Tamez**
  danieltamez@sdinjuryattorney.com,danieltamez@hotmail.com

- **Reginald Terrell**
  reggiet2@aol.com

- **Lynn A Toops**
  ltoops@cohenandmalad.com

- **Jon Anders Tostrud**
  jtostrud@tostrudlaw.com,acarter@tostrudlaw.com

- **Jennifer Elizabeth Traystman**
  jtraystman@trinko.com

- **Ted Trief**
  ttrief@triefandolk.com

- **Curtis V Trinko**
  ctrinko@trinko.com

- **Rocky C. Tsai**
  rocky.tsai@ropesgray.com,mark.szpak@ropesgray.com,harvey.wolkoff@ropesgray.com,lara.bradt@ropesgray.com,douglas.meal@ropesgray.c

- **John Miller Turner , III**
  jmt@tmsdlaw.com,mb@tmsdlaw.com

- **Gillian L Wade**
  gwade@milsteinadelman.com

- **David Alan Walton**
  dwalton@bmpllp.com

- **Morris Weinberg , Jr**
  sweinberg@zuckerman.com

- **Sarah N. Westcot**
  swestcot@bursor.com,dschroeder@bursor.com

- **Jeff S Westerman**
  jwesterman@milberg.com,cchaffins@milberg.com,ckiyotoki@milberg.com

- **Paul C. Whalen**
  paul@paulwhalen.com

- **Joe R. Whatley , Jr**
  jwhatley@wdklaw.com,ecf@wdklaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,azapala@cpmlegal.com,gkim@cpmlegal.com,velias@cpmlegal.com,lclark@cpmlegal.com

- **Jeremy Reade Wilson**
  jeremy@wtlfirm.com,pete@wtlfirm.com

- **Tina Wolfson**
  twolfson@ahdootwolfson.com

- **Harvey J. Wolkoff**
  harvey.wolkoff@ropesgray.com

- **John W. deGravelles**
  jdegravelles@dphf-law.com,slassere@dphf-law.com,bblanchard@dphf-law.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Bradley           M. Baglien
Edelson McGuire LLC
350 North LaSalle St.
Suite 1300
Chicago, IL 60654

Richard           P. Batesky
Batesky Law Office
22 East Washington Street, Suite 610
Indianapolis, IN 46204

Jennifer          L. Crose
```

```
Becnel Law Firm, LLC   (Reserve)
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084
```

**Todd            Goldberg**
Goldfarb Branham LLP
2501 North Harwood
Suite 1801
Dallas, TX 75201

**Irwin           Levin**
Cohen & Malad
One Indiana Square
Suite 1400
Indianapolis, IN 46204

**Douglas         H Meal**
Ropes and Gray
800 Boylston Street
Suite 3600
Boston, MA 02199-3600

**Mark            Alan Milstein**
Lincoln Gustafson and Cercos
225 Broadway
Suite 2000
San Diego, CA 92101-5018

**Kevin           Lee Thomason**
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105

**Kenneth         P. Trosclair**
302 N. Market Street
Suite 510
Dallas, Te 75202