1 | HARVEY J. WOLKOFF (*Pro Hac Vice*)
harvey.wolkoff@ropesgray.com
2 | MARK P. SZPAK (*Pro Hac Vice*)
mark.szpak@ropesgray.com
3 | LARA A. BRADT (*Pro Hac Vice*)
lara.bradt@ropesgray.com
4 | ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
5 | Boston, MA  02199-3600
Tel:    (617) 951-7000
6 | Fax:   (617) 235-7500

7 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SONY GAMING NETWORKS AND CUSTOMER DATA SECURITY BREACH LITIGATION,<br><br>This Document Pertains To: All Actions | CIVIL CASE NO.  11-md-2258 AJB (MDD)<br><br>**<u>NOTICE OF WITHDRAWAL AS COUNSEL OF LARA A. BRADT</u>** |

PLEASE TAKE NOTICE that Lara A. Bradt of Ropes & Gray LLP is withdrawing as one of the attorneys of record in this matter.  The other attorneys currently representing the Defendants, including those at Ropes & Gray, will continue their representation in this case.

Dated: June 25, 2012                                By:  /s/ Lara A. Bradt
                                                                     LARA A. BRADT

                                                                     ROPES & GRAY LLP
                                                                     Prudential Tower, 800 Boylston Street
                                                                     Boston, MA  02199-3600
                                                                     Tel: (617) 951-7000
                                                                     Fax: (617) 951-7500
                                                                     Email: lara.bradt@ropesgray.com
                                                                     *Attorney for Sony Computer Entertainment America LLC, Sony Network Entertainment America, Inc., and Sony Network Entertainment International LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to all registered participants on the Notice of Electronic Filing and that paper copies will be sent by first class mail to any non-registered participants on June 25, 2012.

      /s/ Lara A. Bradt

31071255_1