1 | DAVID E. AZAR (SBN 218319)
dazar@milberg.com
2 | **MILBERG LLP**
One California Plaza
3 | 300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
4 | Telephone: (213) 617-1200
Facsimile: (213) 617-1975

*Attorneys for Plaintiff Frank Turano*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SONY GAMING NETWORKS AND CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 3:11-md-02258-AJB-MDD <br><br> **CLASS ACTION** <br><br> NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Jeff S. Westerman is no longer counsel of record in the above entitled action. Mr. Westerman is no longer with Milberg LLP, will not be representing Plaintiff Frank Turano, and is hereby withdrawn as counsel of record.

David E. Azar continues to represent Plaintiff. Please continue to direct all future correspondence and papers in this action to David E. Azar.

DATED: March 21, 2013

**MILBERG LLP**
DAVID E. AZAR

*/s/ David E. Azar*
DAVID E. AZAR

One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
Email: dazar@milberg.com

SANFORD P. DUMAIN
ANDREI V. RADO
**MILBERG LLP**
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868 1229
Email: sdumain@milberg.com
arado@milberg.com

ROBERT I. LAX
**LAX LLP**
380 Lexington Avenue, 31st Floor
New York, NY 10168
Email: rlax@lax-law.com
Telephone: (212) 818-9150
Facsimile: (212) 818-1266

***Attorneys for Plaintiff Frank Turano***

- 1 -
NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL

DECLARATION OF SERVICE BY CM/ECF AND/OR MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. Declarant hereby certifies that on March 21, 2013, declarant served the NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL by electronically filing the foregoing document listed above by using the Case Management/ Electronic Case filing system.

3. Declarant further certifies:

☐ All participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system

☒ Participants in the case who are registered CM/ECF users will be served by the court's CM/ECF system. Participants in the case that are not registered CM/ECF users will be served by First-Class Mail, postage pre-paid or have dispatched to a third-party commercial carrier for delivery to the non-CM/ECF participants.

4. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of March, 2013, at Los Angeles, California.

*Cecille Chaffins*
CECILLE CHAFFINS

- 2 -
NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL

DOCS\655390v1