Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff James Efird*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SONY GAMING NETWORKS AND CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 3:11-md-02258-AJB-MDD <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT** attorneys Jay Edelson, Bradley M. Baglien, Christopher L. Dore, and Sean P. Reis hereby withdraw as counsel of record in the above-captioned matter. Following the transfer of this case to the United States Judicial Panel on Multidistrict Litigation and the Court's subsequent appointment of Liaison Counsel and the Plaintiffs' Steering Committee, Edelson PC has not been actively involved in the litigation of this matter and no longer represents any plaintiff named in the operative complaint. (Dkt. No. 128). Accordingly, Jay Edelson, Bradley M. Baglien, Christopher L. Dore, and Sean P. Reis hereby notify the Court that they are withdrawing as counsel of record in this matter, and respectfully request that they be removed from the e-filing service list.

Respectfully submitted,

Dated: February 27, 2014        By:   /s/ Christopher L. Dore

## CERTIFICATE OF SERVICE

I, Christopher L. Dore, an attorney, certify that on February 27, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and that I shall cause the foregoing document to be mailed via the United States Postal Service to any non-CM/ECF participants.

s/ Christopher L. Dore